UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.  8:07-cv-2343-T-24MAP

THE REAL PROPERTIES, INCLUDING
ALL IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT:

2899 HAWKS LANDING BOULEVARD,
PALM HARBOR, FLORIDA,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the court on Motion of the United States of America for entry of a Judgment of Forfeiture for the 2899 Hawks Landing Boulevard, Palm Harbor, Florida, pursuant to the provisions of 21 U.S.C. §§ 881(a)(6) & (7).  The court, being fully advised in the premises, finds that the complaint has been filed and service of process has been effected in accordance with the provisions of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and 18 U.S.C. §§ 983 and 985.

The owner of the real property, Jason Lancia, has consented to the forfeiture, and the interest of the Pinellas County Tax Collector, has been resolved through a settlement agreement.  No other persons or entities have filed a claim in these proceedings, and the time for filing a claim to the defendant

property in this forfeiture action has expired.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' Motion for Judgment of Forfeiture is GRANTED.  It is FURTHER **ORDERED** that, pursuant to 21 U.S.C. §§ 881(a)(6) & (7), all right, title, and interest in the 2899 Hawks Landing Boulevard, Palm Harbor, Florida, including all improvements thereon and appurtenances thereto, more particularly described as:

> Lot 18, Block A, HAWKS LANDING, according to the plat thereof as recorded in Plat Book 123, page 62, Public Records of Pinellas County, Florida.

Parcel Identification Number: 35/27/16/37874/001/0180.

is hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the settlement agreement of record.

In accordance with the Settlement Agreement between the United States and the Pinellas County Tax Collector (Doc. 15), the United States shall sell the real property located at 2899 Hawks Landing Boulevard, and from the proceeds of the sale, after all custodial expenses and fees of the United States Marshals Service pertaining to the maintenance, publication, marketing, and sale of the real property have been satisfied, shall pay to the Pinellas County Tax Collector the following:

> a. Any and all custodial expenses and fees of the United States Marshals Service pertaining to the maintenance, publication, marketing, and sale of the real property shall be paid and satisfied;

      b.      Any unpaid taxes for 2007 for the Hawks Landing Blvd property, with an 18% interest per annum, and taxes for 2008 that may become due and owing before the entry of the final order of forfeiture; and

      c.      Any remaining net proceeds of the sale after satisfaction of the first two priorities above, shall be forfeited to the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of October, 2008.

SUSAN C. BUCKLEW  
United States District Judge

Copies to: Anita M. Cream, AUSA

        Attorneys of record